

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2021

No. 04-21-00165-CV

**IN THE INTEREST OF X.S., X.S., AND X.S., CHILDREN**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI15931
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellee Trevor Scantland's brief was due August 19, 2021. Neither the brief nor a motion for extension of time has been filed.

We **order** appellee's brief due **September 6, 2021**. If the brief is not filed by the date ordered, we may submit the case without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court